No. 127. WALKER, TRUSTEE, ET AL. v. FELMONT OIL CORP. ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application. *Henry B. Walker* and *Henry B. Walker, Jr.* for petitioners.

No. 195. UNITED STATES EX REL. TIE SING ENG v. ESPERDY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. Motion to proceed on typewritten papers granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Abraham Lebenkoff* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Felicia Dubrovsky* for respondent.

No. 222. COVINGTON ET AL. v. EDWARDS, SUPERINTENDENT OF SCHOOLS OF MONTGOMERY COUNTY, N. C., ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Conrad O. Pearson, Thurgood Marshall, Jack Greenberg, James M. Nabrit III, Frank D. Reeves* and *Spottswood W. Robinson III* for petitioners. *Malcolm B. Seawell,* Attorney General of North Carolina, *Ralph Moody,* Assistant Attorney General, and *J. C. B. Ehringhaus, Jr.* for respondents.

No. 248. FARMER, ADMINISTRATOR, ET AL. v. LOUISVILLE & NASHVILLE RAILROAD Co. Motion of petitioners to defer consideration of the petition for certiorari denied. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied. *Fyke Farmer* for petitioners. *John J. Hooker* for respondent.